■ The People of the State of New York, Respondent, v Darius Burris, Appellant. [898 NYS2d 504]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Donnino, J.), rendered April 15, 2009, convicting him of identity theft in the third degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Mastro, J.P., Santucci, Dickerson, Belen and Austin, JJ., concur.

■ The People of the State of New York, Respondent, v David Garcia, Appellant. [898 NYS2d 504]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, two decisions and orders of this Court, both dated June 18, 2001 (*People v Garcia*, 284 AD2d 479 [2001]; 284 AD2d 481 [2001]), affirming two judgments of the Supreme Court, Kings County, rendered October 26, 1998, and January 21, 1999, respectively.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Miller, JJ., concur.